# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,     :    No. 398 EAL 2020

         Respondent               :

                                          :    Petition for Allowance of Appeal
                                          :    from the Order of the Superior Court

         v.                        :

ABDU RIVERA,                     :

         Petitioner              :


COMMONWEALTH OF PENNSYLVANIA,     :    No. 399 EAL 2020

         Respondent                :

                                          :    Petition for Allowance of Appeal
                                          :    from the Order of the Superior Court

         v.                        :

ABDU RIVERA,                     :

         Petitioner              :


COMMONWEALTH OF PENNSYLVANIA,     :    No. 400 EAL 2020

         Respondent                :

                                          :    Petition for Allowance of Appeal
                                          :    from the Order of the Superior Court

         v.                        :

ABDU RIVERA,                     :

         Petitioner              :


COMMONWEALTH OF PENNSYLVANIA,     :    No. 401 EAL 2020

         Respondent                :

                                          :    Petition for Allowance of Appeal
                                          :    from the Order of the Superior Court

         v.                        :

ABDU RIVERA,

          Petitioner

COMMONWEALTH OF PENNSYLVANIA,      :  No. 402 EAL 2020

          Respondent

                            :  Petition for Allowance of Appeal
                            :  from the Order of the Superior Court
          v.

ABDU RIVERA,

          Petitioner

## ORDER

**PER CURIAM**

    **AND NOW**, this 28th day of April, 2021, the Petition for Allowance of Appeal and the Motion for Appointment of New Counsel to File Direct Appeal from Superior Court Decision are **DENIED**.